AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
FEB 20 2017
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Joel RECIO<br>Year of Birth: 1976<br>United States Citizen<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-17-0344-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____1/26/2017_____ in the county of _____Hidalgo_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Conspiracy to Posses with the Intent to Distribute crystal methamphetamine approximately 1 kilogram, a schedule 1 controlled substance. |

This criminal complaint is based on these facts:

See Attachment I

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Dolengowski, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/20/2017_____  4:04 pm

_____
Judge's signature

City and state: _____McAllen, Texas_____

Peter Ormsby, US Magistrate Judge
*Printed name and title*

## Attachment I

1. Since August of 2016, US Drug Enforcement Administration (DEA) Agents from the McAllen District Office have been investigating the cocaine and methamphetamine trafficking activities of Joel RECIO, DOB: 8-26-1976.
2. During the month of January 2017, DEA Agents conducted surveillance of a meeting between Joel RECIO, and a Hidalgo County HIDTA Undercover Agent. During an audio and video recorded meeting RECIO told the Undercover Agent that RECIO could provide the Undercover Agent multi-kilogram quantities of crystal methamphetamine.
3. On a subsequent day in January 2017, RECIO met with the Undercover Agent again. During the audio and video recorded meeting RECIO provided the Undercover Agent with approximately one (1) kilogram of crystal methamphetamine. DEA Agents immediately tested the package of suspected crystal methamphetamine, which field tested positive for characteristics of methamphetamine.
4. In addition to the recordings from the meeting between RECIO and the Undercover Agent, Agents also have recorded telephone conversations between the Undercover Agent and RECIO related to the crystal methamphetamine seizure.
5. Based on the aforementioned facts, I believe that probable cause exists that RECIO's drug trafficking activities constitute a violation of Title 21, United States Code, Sections 841(a)(1), possession of a controlled substance with the intent to distribute. In light of the aforementioned facts, I respectfully request that an arrest warrant be issued for Joel RECIO.